IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In Re: Scott Charles Sherman<br>Angela Marie Sherman<br>　　　　　　　　Debtors<br><br>Debtors' SS#: xxx-xx-9678<br>　　　　　　　xxx-xx-6332 | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **11-29724-MER**<br>Chapter 7 |

## NOTICE OF ASSIGNMENT AND TRANSFER OF CLAIM PURSUANT TO FED.R.BANKR.P. 3001(e)

NOTICE IS HEREBY PROVIDED that pursuant to the terms of Fed.R.Bankr.P. 3001(e), Claim No. 2, filed in the Debtors' case on behalf of Bank Midwest, N.A., has been transferred to R and S Investments, LLC.

Respectfully submitted this 2nd day of November, 2011.

**OTIS, COAN & PETERS, LLC**

By: Michael C. Payne
103 W. Mountain Ave., Suite 2B
Fort Collins, CO 80524
Telephone: 970-225-6700
Facsimile: 970-232-9927
Email: mpayne@nocolegal.com
Attorneys for R and S Investments, LLC

| | |
|---|---|
| In Re: Scott Charles Sherman | Case No. 11-29724-MER |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **NOTICE OF ASSIGNMENT AND TRANSFER OF CLAIM PURSUANT TO FED.R.BANKR.P. 3001(e)** was served by depositing the same in the United States Mail, first class postage prepaid, on November 2nd, 2011, addressed to the following:

Jeffrey S. Brinen, Esq.
Kutner Miller Brinen, P.C.
303 E. 17th Ave., Ste. 500
Denver, CO 80203

United States Bankruptcy Trustee
999 18th Street, Suite 1551
Denver, CO 80202

David V. Wadsworth
1660 Lincoln St., Ste. 2200
Denver, CO 80264

By: Amanda Vandagriff, Paralegal