**Kaplan & Associates, PC**
7315 E. Orchard Rd., Ste 250
Greenwood Village, CO 80111
303-327-5007

Invoice submitted to:
SCOTT AND ANGELA SHERMAN
C/O DAVID WADSWORTH, TRUSTEE
1660 LINCOLN STREET, SUITE 200
DENVER, CO 80264

Date:   March 17, 2015

Invoice # :   25285

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Preparation of tax return** | | | | |
| 1/9/2015 | DLK | Preparation of tax return | 0.80<br>275.00/hr | 220.00 |
| 1/10/2015 | CS | Preparation of Bankruptcy Estate tax return | 0.70<br>75.00/hr | 52.50 |
| | DLK | Preparation of Bankruptcy Estate tax return | 0.50<br>275.00/hr | 137.50 |
| 1/12/2015 | CS | Preparation of Bankruptcy Estate tax return: Prepare 1041 and 105 | 0.50<br>75.00/hr | 37.50 |
| | DLK | Preparation of Bankruptcy Estate tax return | 1.50<br>275.00/hr | 412.50 |
| 1/14/2015 | SRR | Preparation of Bankruptcy Estate tax return | 0.10<br>70.00/hr | 7.00 |
| | TC | Preparation of Bankruptcy Estate tax return | 0.40<br>25.00/hr | No Charge |
| | DLK | Preparation of Bankruptcy Estate tax return | 0.30<br>275.00/hr | 82.50 |
| | | SUBTOTAL: | [     4.80 | 949.50] |
| | | For professional services rendered | 4.80 | $949.50 |

Additional Charges :

|  |  | Amount |
|---|---|---|
| **Preparation of tax return** | | |
| 1/7/2015 Pacer Internet Fees | | 4.50 |
| 1/13/2015 Photocopies at $.25 | | 41.75 |
| 1/19/2015 Postage Expense | | 3.80 |
| SUBTOTAL: | [ | 50.05] |
| Total additional charges | | $50.05 |
| Total amount of this bill | | $999.55 |
| Balance due | | $999.55 |